■ CHARLES L. SPINKS et al., Respondents, v STATE OF NEW YORK, Appellant. (Claim No. 99790.) [775 NYS2d 705]—Appeal from a judgment of the Court of Claims (Donald J. Corbett, Jr., J.), entered May 29, 2003. The judgment was entered upon a decision of the court following a bifurcated trial in favor of claimants on liability.

It is hereby ordered that the judgment so appealed from¯be and the same hereby is unanimously affirmed without costs for

reasons stated in decision at the Court of Claims. Present—Green, J.P., Pine, Kehoe, Gorski and Hayes, JJ.